No. A–459.   KOEHRING FINANCE CORP. ET AL. *v.* HILGEDICK ET AL.   Ct. App. Cal., 1st App. Dist.   Motion to vacate the stay heretofore granted by JUSTICE O'CONNOR denied.   JUSTICE BLACKMUN dissents in part and, as the parties have agreed, would grant the application to vacate insofar as compensatory damages are concerned.

No. A–480.   DONOVAN, ON BEHALF OF DONOVAN *v.* RODEN-BERG ET AL.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Application for stay of orders, addressed to JUSTICE SOUTER and referred to the Court, denied.

No. A–504.   NATIONAL TREASURY EMPLOYEES UNION ET AL. *v.* UNITED STATES ET AL.   C. A. D. C. Cir.   Application for injunction pending appeal, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. D–917.   IN RE DISBARMENT OF HENDERSON.   Disbarment entered.   [For earlier order herein, see 497 U. S. 1045.]

No. D–921.   IN RE DISBARMENT OF YINGER.   Disbarment entered.   [For earlier order herein, see 497 U. S. 1046.]

No. D–934.   IN RE DISBARMENT OF STANDARD.   R. Michael Standard, of Los Angeles, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.   The rule to show cause, heretofore issued on September 21, 1990 [497 U. S. 1056], is hereby discharged.

No. D–940.   IN RE DISBARMENT OF MOORE.   Motion to defer further proceedings granted.   [For earlier order herein, see, *ante,* p. 917.]

No. D–944.   IN RE DISBARMENT OF RUSSELL.   Disbarment entered.   [For earlier order herein, see *ante,* p. 918.]

No. D–958.   IN RE DISBARMENT OF NOBLE.   It is ordered that Walton Bishop Noble, of Belle Chasse, La., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–959.   IN RE DISBARMENT OF BRAXTON.   It is ordered that Harry Hilliard Braxton, of Baltimore, Md., be suspended